ROSEMARY WARRENDER, PLAINTIFF-RESPONDENT, v. JOHN WALKER WARRENDER, DEFENDANT-APPEL-LANT.

Argued February 17, 18, 1964—Decided May 4, 1964.

*Mr. Samuel Levin* argued the cause for plaintiff-respondent.

*Mr. Leslie H. Cohen* argued the cause for defendant-appellant.

The opinion of the court was delivered
PER CURIAM. We affirm generally on the opinion of the Appellate Division, 79 *N. J. Super.* 114 (*App. Div.* 1963).

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.

*For reversal*—None.